## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| | : | |
| **v.** | : | |
| | : | **18 U.S.C. § 1343 (Wire Fraud);** |
| | : | **18 U.S.C. § 208 (Conflict of Interest)** |
| **DONNIE DUKES,** | : | **18 U.S.C. § 981(a)(1)(C) &** |
| | : | **28 U.S.C. § 2461(c) (Criminal Forfeiture)** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

1.      From in or about October 2010 through in or about January 2012, in a continuing course of conduct, in the District of Columbia and elsewhere, the defendant, Donnie Dukes, devised and intended to devise a scheme to defraud the District of Columbia Office of the State Superintendent of Education ("OSSE") in the amount of $300,000, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, to wit, Dukes submitted, and caused to be submitted, invoices and supporting documentation to OSSE which falsely claimed that a company owned by Donnie Dukes had transported District of Columbia students to education centers located outside of the District of Columbia, and back, for the purpose of receiving special education services, when, in fact, no such transportation services had been provided to the students.

2.      On or about April 1, 2011, for the purpose of executing the scheme, Donnie Dukes

caused to be transmitted, by means of wire communication in interstate commerce, an electronic mail

("email") communication that was sent by an OSSE employee from her computer terminal located

in Washington, D.C. to Donnie Dukes's home computer located in Landover, Maryland, which

attached a non-public student list that Donnie Dukes used to identify District of Columbia students

who were in need of interstate transportation and create invoices and supporting documentation that

were submitted to OSSE falsely claiming that transportation services had been provided to certain

students, when, in fact, no such transportation services had been provided to those students.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**

## COUNT TWO

3.      From in or about October 2009 through October 2010, in a continuing course of

conduct, in the District of Columbia and elsewhere, the defendant, Donnie Dukes, being an employee

of the District of Columbia Public Schools ("DCPS"), caused DCPS to refer students in need of

interstate transportation services to a transportation company wholly owned by Donnie Dukes,

resulting in Donnie Dukes improperly earning $163,621.32 in transportation revenue from OSSE.

**(Acts Affecting a Personal Financial Interest,**
**in violation of Title 18, United States Code, Section 208)**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).  The property subject to forfeiture includes a money judgment in the amount of $300,000.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of a defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be divided without difficulty;

3

that defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code,
Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c),
and Title 21, United States Code, Section 853(p))**

Respectfully Submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

SETH B. WAXMAN
Assistant United States Attorney
N.Y. Bar Number 4324638
Fraud & Public Corruption Section
555 4th Street, NW, Room 5235
Washington, DC 20530
(202) 252-7234
seth.waxman@usdoj.gov

4